

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. **2024 CMD 003956** |
| vs. | ISSUED BY: **RUSSELL F CANAN** |
| **ALJAWANN JOHNSON** | Southern District of Georgia<br>Case No.: 4:24mj41-CLR |

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES:** Misdemeanor Initial Status Hearing

**Deface Private/Public Property**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 5/8/2024.

BAIL FIXED BY THE COURT
AT: **No Bond**

Superior Court of the District of Columbia
BY: *Russell F Canan*
Russell F Canan, Judge

| | |
|---|---|
| Date Received: 5-15-24 | Return: This warrant was received and executed with the arrest of the above named person. |
| Date Executed: 6-25-24 | Signature of Arresting Officer |

CDFBW